LUCILLE BENTON, *ET AL.*, PLAINTIFFS-PETITIONERS, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF WESTFIELD, NEW JERSEY, DEFENDANT-RESPONDENT.

See same case below:  47 *N. J. Super.* 372.

*Mr. Stanley W. Greenfield* for the petitioner.

*Messrs. Stevenson & Willette* for the respondent.

January 13, 1958.   Granted.

LUCILLE BENTON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF WESTFIELD, NEW JERSEY, DEFENDANT-PETITIONER.

See same case below:  47 *N. J. Super.* 372.

*Messrs. Stevenson & Willette* for the petitioner.

*Mr. Stanley Greenfield* for the respondent.

January 13, 1958.   Granted.